Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
**KNOBBE MARTENS OLSON & BEAR LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Fax: (949) 760-9502

Austin D. Kim (*pro hac vice*)
adk@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOONG MYUNG CHO, individually and derivatively on behalf of CG PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CG INVITES CO., LTD; INCHUL CHUNG; SOO YEON OH; NEWLAKE INVITES INVESTMENT, LTD., NEWLAKE ALLIANCE MANAGEMENT, LTD.; SEUNG HEE LEE, a/k/a RANDALL LEE; YONG KYU SHIN; MINKYU LEO KIM.<br><br>Defendants.<br><br>CG PHARMACEUTICALS, INC.<br><br>Nominal Defendant. | Case No. 3:24-cv-07112<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS AND TO EXTEND BRIEFING SCHEDULE**<br><br><br><br>Judge: The Honorable William H. Orrick<br><br><br>Complaint Filed: October 10, 2024<br>____ |

1  Pursuant to Civil Local Rules 6-1(a), 6-2, and 7-12, Plaintiff Joong Myung Cho, individually and derivatively on behalf of CG Pharmaceuticals, Inc. ("Plaintiff") and Defendant Minkyu Leo Kim ("Leo Kim") (collectively, the "Parties") stipulate to extend the time for Plaintiff to respond to Leo Kim's Motion to Dismiss and for an extended briefing schedule in connection with any motion to dismiss brought by Leo Kim;

WHEREAS, Plaintiff filed its Amended Complaint against Defendants CG Invites Co., Ltd.; Inchul Chung, Soo Yeon Oh; Newlake Invites Investment, Ltd.; Newlake Alliance Management, Ltd.; Seung Hee Lee, a/k/a Randall Lee; Yong Kyu Shin; and Leo Kim (collectively, the "Defendants") on November 29, 2024 (DKT 16);

WHEREAS, Leo Kim filed a Motion to Dismiss All Claims against Plaintiff on December 3, 2024 (DKT 25);

WHEREAS, pursuant to Local Rule 6-1(a), Plaintiff and Leo Kim have agreed to extend Plaintiff's deadline to respond to Leo Kim's Motion to Dismiss until January 3, 2025;

WHEREAS, Plaintiff and Leo Kim have agreed to extend Leo Kim's deadline to oppose any reply by Plaintiff to Leo Kim's Motion to Dismiss until January 10, 2025;

WHEREAS, there has been no other extension in this case;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and Leo Kim, through their undersigned counsel, as follows:

1. Pursuant to Civil Local Rule 6-1(a), Plaintiff's deadline to respond to Leo Kim's Motion to Dismiss is extended until January 3, 2025;

2. Pursuant to Civil Local Rule 6-2 and 7-12, and subject to the approval of the Court, the deadline for filing any opposition to Plaintiff's reply to Leo Kim's Motion to Dismiss is extended to January 10, 2025;

STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS AND TO EXTEND BRIEFING SCHEDULE
No. 3:24-cv-07112

2

3. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to personal jurisdiction, venue, and/or the claims set forth in this action.

**IT IS SO STIPULATED.**

Dated: December 16, 2024                    MEISTER SEELIG & FEIN PLLC


                                            By: /s/ *Austin D. Kim*_____
                                                Austin D. Kim


                                                *Attorneys for Plaintiff*


Dated: December 16, 2024                    ZIPIN, AMSTER & GREENBERG, LLC


                                            By: /s/ *Philip B. Zipin*_____
                                                Phillip B. Zipin


                                                *Attorneys for Minkyu Leo Kim*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The hearing that was scheduled for January 8, 2025, will be rescheduled for February 5, 2025, at 2:00 PM, via Zoom webinar.


Dated: December 16, 2024

                                            _____
                                                The Honorable William H. Orrick
                                                United States District Judge

Stipulation to Extend Plaintiff's Time to Respond to Motion to Dismiss and to Extend Briefing Schedule
No. 3:24-cv-07112

3